UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW J. OSTROWSKI AND PENNSYLVANIA CIVIL RIGHTS NETWORK,<br><br>                  Plaintiffs,<br>v.<br><br>PAUL KILLION, ROBERT FULTON, SUPREME COURT OF PENNSYLVANIA, SUPREME COURT DISCIPLINARY BOARD, ROBERT SNOOK, BRIAN CALI, CAPITAL POLICE OFFICER SLOAN, AND JOHN/JANE DOES,<br><br>                  Defendants. | ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS<br><br>Case Number: 14-1727 |

For the reasons set forth in the opinion issued on this same day, IT IS HEREBY ORDERED that:

1. Defendants' motions to dismiss are GRANTED;

2. Plaintiff(s) Complaint is DISMISSED; and

3. This case is CLOSED.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE